UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **NAJAH HARKOUS,**<br><br>             Plaintiff,<br><br>vs.<br><br>**KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,**<br><br>             Defendant. | 2:19-CV-13290-TGB-DRG<br><br>**JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Anthony P. Grand's Report and Recommendation (ECF No. 29), it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (ECF No. 25) is **DENIED**, that Defendant's Motion for Summary Judgment (ECF No. 28) is **GRANTED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  August 31, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE